# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Justin Sloan Medved,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>Dream Works Animation SKG Incorporated,<br><br>　　　　　Defendant. | No. CV-15-01362-PHX-DKD<br><br>**ORDER** |

Plaintiff filed his Complaint on July 20, 2015. On July 29, 2015 the Magistrate Judge issued his Report and Recommendation recommending that Plaintiff's Complaint be dismissed with prejudice. In his Report and Recommendation the Magistrate Judge advised Plaintiff that he had fourteen days from the date of service of a copy of the Report and Recommendation within which to file specific written objections with the Court. The time to file such objections has expired and no objections to the Report and Recommendation have been filed.

The Court finds itself in agreement with the Report and Recommendation of the Magistrate Judge.

**IT IS ORDERED** adopting the Report and Recommendation of the Magistrate Judge as the order of this Court. (Doc. 7)

**IT IS FURTHER ORDERED** dismissing Plaintiff's Complaint with prejudice.

/ / /

/ / /

1
2     **IT IS FURTHER ORDERED** directing the Clerk to enter judgment accordingly.
3
4     Dated this 21st day of August, 2015.
5
6
7                                            _____
8                                                    Susan R. Bolton
                                                United States District Judge
9
10
11
...
28